UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAUL SAVOIE, et al.,<br><br>                                    Plaintiff(s),<br><br>     v.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, et al.,<br><br>                                    Defendant(s). | Case No. 2:15-CV-872 JCM (VCF)<br><br>ORDER |

Presently before the court is plaintiffs Paul Savoie and Carla Savoie's notice of voluntary dismissal with prejudice. (Doc. #6).  No defendant has responded.

Pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1), a "plaintiff may dismiss an action without court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

No defendant has been served or appeared in this case.  Accordingly, this case may be dismissed pursuant to Rule 41(a)(1).

Therefore,

IT IS HEREBY ORDERED that plaintiffs' complaint be, and the same hereby is, DISMISSED with prejudice with respect to all defendants. The clerk shall enter judgment accordingly and close the case.

DATED October 5, 2015.

                                                                                   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**